United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINAWAY AUSTRALIA PTY LIMITED ACN 151 146 977,<br><br>Plaintiff,<br><br>v.<br><br>NATURES INVESTMENTS HOLDING PTY LTD.,<br><br>Defendant. | Case No. 15-cv-03276-DMR<br><br>**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 18 |

On September 11, 2015, Plaintiff filed a motion for default judgment. [Docket No. 18.] Having reviewed that motion, this court determines that Plaintiff did not brief its entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Plaintiff also did not brief the issue of this court's personal jurisdiction over Defendant. *See In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999) (before assessing merits of motion for default judgment, court must confirm that it has subject matter jurisdiction over case and personal jurisdiction over parties, as well as ensure adequacy of service on defendant).

Further, Plaintiff requests an award of attorneys' fees and costs. Although Plaintiff submitted a breakdown of the services provided, time expended, and fees charged, it did not submit evidence of the hourly rates requested and whether they are reasonable. *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983) ("[t]he most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate."); *Blum v. Stenson*, 465 U.S. 886, 896 (1984) (holding that the reasonable hourly rate depends on "the prevailing market rates in the relevant community.").

Plaintiff shall submit additional briefing by **October 16, 2015** to address the above

deficiencies in the motion for default judgment. Any opposition or statement of non-opposition is due no later than **October 20, 2015**.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: October 2, 2015



Donna M. Ryu
United States Magistrate Judge

2