UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINAWAY AUSTRALIA PTY LIMITED ACN 151 146 977,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATURES INVESTMENTS HOLDING PTY LTD.,<br><br>　　　　Defendant. | Case No.  15-cv-03276-DMR<br><br>**ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's motion for default judgment (Docket No. 18), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 12, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

**Plaintiff shall immediately serve a copy of this order on Defendant and file a proof of service.**

**IT IS SO ORDERED**.

Dated: November 5, 2015



DONNA M. RYU
United States Magistrate Judge